■ MARTIN GRISANTI et al., Respondents, v PINE HILL CON-
CRETE MIX CORP., Appellant. [616 NYS2d 828] —Order unani-
mously affirmed without costs. Memorandum: The parties are
adjoining property owners. On June 2, 1991, Martin Grisanti
(plaintiff) heard screams of children emanating from a sand
and gravel pit (the pit) located on defendant's property. He
entered defendant's property to investigate the reason for
those screams. He climbed upon a berm constructed by defen-
dant around the west side of the pit and ascertained that no
one needed any assistance. Plaintiff testified at his deposition
that, as he turned around to return to his property, the berm
on which he was standing collapsed beneath him, causing him
to fall into the pit. Plaintiffs commenced this action to recover
damages for personal injuries he allegedly sustained as a
result of that fall. After issue was joined and discovery con-
ducted, defendant moved for summary judgment seeking dis-
missal of the complaint. Supreme Court denied defendant's
motion.

It is undisputed that defendant constructed the berm. The
submission in support of defendant's motion, which included
excerpts of plaintiff's deposition testimony, establishes that
issues of fact exist whether defendant, in constructing the
berm, exercised reasonable care under all the circumstances
to maintain its property in a reasonably safe condition (see,
Basso v Miller, 40 NY2d 233, 241; see also, Lewis v Metropoli-
tan Transp. Auth., 64 NY2d 670, affg on opn at 99 AD2d 246,
249-250). (Appeal from Order of Supreme Court, Erie County,
Wolf, Jr., J.—Summary Judgment.) Present—Pine, J. P., Ba-
lio, Fallon, Callahan and Davis, JJ.